■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. VINCENT ALOI, Petitioner, v ROBERT H. KULMANN, as Superintendent of Woodbourne Correctional Facil-

ity, Respondent. — Application, pursuant to CPLR 7002 (subd [b], par 2), for writ of habeas corpus denied (CPLR 7002, subd [b]). Casey, J. P., Weiss, Mikoll, Yesawich, Jr., and Levine, JJ., concur.